IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

RECEIVED & FILED
CIRCUIT COURT OF
ST. LOUIS COUNTY

2019 MAY 28 P 3: 49

JOAN M. GILMER
CIRCUIT CLERK

| | |
|---|---|
| **RICHARD SADDLER** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Cause No. 19SL-CC0164 |
| v. | ) |
| | ) |
| **CARVANA, LLC** | ) |
| | ) Division: 12 |
| **Defendant.** | ) |

## MOTION FOR TEMPORARY RESTRAINING ORDER

Comes now, Plaintiff Richard Saddler against Defendant Carvana, LLC (Carvana) and or any of its affiliates alleges and avers as follows:

Plaintiff Richard Saddler, (Saddler) moves this Court, pursuant to Rule 92.02 of the Missouri Supreme Court Rules, for an Order temporarily enjoining Defendant Carvana, LLC and or its affiliates ("Defendant") in connection with a threatening email to take Saddler's car because of their decision not to follow the rules here in Missouri as an Automobile Dealer. Carvana has had almost 9months to deliver Saddler the proper titling paperwork so Saddler may register and licenses the car he purchased from Carvana in September of 2018.

Specifically, Saddler moves this Court for a temporary restraining order which compels Defendant Carvana, LLC or any of its affiliates from:

　　　a) Refrain from taking Saddler's 2015 GMC Terrain Denali without courts permission.

In support of its Motion, Saddler relies upon and incorporates by reference herein the allegations and arguments set forth in (a) Saddler's Verified Petition and (b) the Memorandum in Support of Saddler's Motion for a Temporary Restraining Order.

　　**WHEREFORE**, for the reasons set forth in this Motion, the related Memorandum in Support, and Verified Petition, Saddler respectfully requests that this Court grant its Motion for a Temporary Restraining Order and enter Saddler's proposed Order, which is attached hereto as Exhibit

Respectfully submitted,

Richard Saddler
Pro Se Plaintiff

## CERTIFICATE OF SERVICE

On this 13th day of May, 2019, a copy of the attached Motion were FedEx to Defendant and hand deliver to the Clerk of Court, to the following addresses respectfully:

    Carvana, LLC
    1930 W Rio Salado Parkway
    Tempe, AZ 85281

and

    St. Louis County Clerk of Court
    105 South Central Avenue
    Clayton, MO  63105