IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| **RICHARD SADDLER** | ) | |
| | ) | Cause No.  19SL-CC01864 |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **CARVANA, LLC** | ) | Division: 17 |
| | ) | |
| **Defendant.** | ) | |

## TEMPORARY RESTRAINING ORDER

This matter comes before the Court on the motion for Temporary Restraining Order (TRO) of Plaintiff Saddler against Defendant Carvana, LLC and any and all affiliates. Based upon the argument of Plaintiff and the evidence adduced, the Court is of the opinion that such injunction should be granted.

Plaintiff Saddler is suffering and will continue to suffer irreparable harm from defendant's conduct if TRO isn't granted. *The Court also finds that Plaintiff has made every reasonable attempt to provide title notice to Carvana* It is therefore ORDERED, ADJUDGED and DECREED that Defendant, and all others in active concert with Carvana, are hereby compelled to directly or indirectly: *refrain from or actively taking* *by RSMo 92.02*

1) Harass or threating ~~to take~~ any property belonging to Mr. Saddler, *including but* not limited to the 2015 GMC Terrain Denali the defendant sold to Saddler.

IT IS FURTHER ORDERED that any violation of this Order will subject Defendant to Sanctions. *and/or contempt.*

IT IS FURTHER ORDERED that bond is set at $500.00

IT IS FURTHER ORDERED that this Order shall expire in fifteen (15) days of its entry, unless further extended by the Court.

IT IS FURTHER ORDERED that the Court shall hold a hearing on Plaintiffs' motion/petition on May 24, 2019 at 9am. Division 12.

By: _____ 5/16/19
3:30 PM